[No. 24022–6–I. Division One. March 11, 1991.]

GERALD DELMAR BOLD, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–12127–7, Liem E. Tuai, J., entered April 7, 1989. *Remanded with instructions* by unpublished opinion per Grosse, C.J., concurred in by Scholfield, J., and Ringold, J. Pro Tem.

[No. 24368–3–I. Division One. March 11, 1991.]

*In the Matter of* S.A.H.

CHERI A. BRICKER, *Appellant*, v. JAMES R. HILL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–5–50689–9, Joan E. DuBuque, J. Pro Tem., entered May 8, 1989. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Baker, JJ.

[No. 9393–0–III. Division Three. March 12, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER SANDOVAL ORTIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–00635–6, F. James Gavin, J., entered June 2, 1988. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.